IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. EP-05-CR-512-FM (2) |
| ) | |
| MARLEEN CHRISTINE IBARRA ) | |

### ORDER REVOKING SUPERVISED RELEASE

On January 24, 2013, came on to be considered the motion to revoke supervised release in the above styled and numbered cause. The Defendant appeared in person and by and through her counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the Defendant, MARLEEN CHRISTINE IBARRA, had violated the conditions of supervised release imposed by virtue of the order revoking supervised release entered herein on October 13, 2006, in that she failed to answer truthfully all inquiries y the probation officer and failed to notify the Probation Officer within seventy-two hours of any change in residence. The Court further found that continuing the Defendant on supervised release would no longer serve the ends of justice, and that the motion to revoke supervised release should be granted.

It is therefore ORDERED that the amended motion to revoke supervised release filed herein on January 18, 2013, be, and it is hereby, GRANTED.

It is further ORDERED that the supervised release of Defendant MARLEEN CHRISTINE IBARRA be, and it is hereby, REVOKED.



It is further ORDERED that the Defendant be, and she is hereby, COMMITTED to the custody of the Bureau of Prisons for a period of time served and that upon release the defendant shall be on supervised release for a term of three (3) years with the following additional condition: (1) that the defendant participate in a mental health program approved by the U.S. Probation Office. Any fees associated with this program are waived.

The defendant shall be released on January 25, 2013 to the custody of the U.S. Probation Department.

SIGNED and ENTERED this ___24th___ day of January, 2013.

FRANK MONTALVO
United States District Judge